925 A.2d 684

IN THE MATTER OF RICHARD LEDINGHAM,
AN ATTORNEY AT LAW.

June 28, 2007.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **RICHARD LEDINGHAM** of **UPPER SADDLE RIVER**, who was admitted to the bar of this State in 1981, and who was suspended from the practice of law for a period of three months, effective March 5, 2007, by Order of this Court dated February 6, 2007, be restored to the practice of law, effective immediately.

925 A.2d 684

IN THE MATTER OF RANDI M. WEINER,
AN ATTORNEY AT LAW.

June 28, 2007.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **RANDI M. WEINER** of **OAKHURST**, who was admitted to the bar of this State in 1990, and who was suspended from the practice of law for a period of three months, effective March 20, 2007, by Order of this Court dated February 20, 2007, be restored to the practice of law, effective immediately.